UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                  CASE NO. 09-40120-TLH4
                                                         CHAPTER 13

ERNEST FRANK DUPONT, JR.
RACHELLE WILLIAMS DUPONT

                 Debtor(s)                /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK/CATHERINES which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

    **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417487 in the amount of 18.69 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ERNEST FRANK DUPONT, JR.<br>RACHELLE WILLIAMS DUPONT<br>2972 DUPONT ROAD<br>HAVANA, FL 32333 | SPIRIT OF AMERICA NATIONAL<br>BANK/CATHERINES<br>FIRST EXPRESS<br>P.O. BOX 856044<br>LOUISVILLE, KY 40285-6044 |

AND

ERIC J. HAUGDAHL, ATTY.
922 E. LAFAYETTE ST., #F
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

7/28/2011  2:29 pm / CR_213